1  RICHARD R. GRAY, Bar No. 071030
   ERIC R. OSTREM, Bar No. 251411
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way
   Suite 390
4  Sacramento, CA  95833.4227
   Telephone:    916.830.7200
5
   Attorneys for Defendant
6  AXSYS TECHNOLOGIES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  ROSEMARIE MCKINLEY,              | Case No.  2:09-CV-00692-LKK-GGH
11              Plaintiff,           | **STIPULATION AND REQUEST FOR**
                                     | **DISMISSAL WITH PREJUDICE; ORDER**
12       v.                          |
                                     | [F.R.C.P. 41(a)(1)]
13  AXSYS TECHNOLOGIES, INC.,        |
14              Defendant.           |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

Firmwide:94779837.1 049570.1003

STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures, Plaintiff
2  Rosemarie McKinley and Defendant Axsys Technologies, Inc. hereby stipulate and request that this
3  entire action, including all parties and all causes of action, be dismissed with prejudice.  Each party
4  shall bear its own attorney's fees and costs.

Dated: March 26, 2010

*/s/ Richard R. Gray*
Richard R. Gray
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AXSYS TECHNOLOGIES, INC.

Dated: March 26, 2010

*/s/ Michael R. Deems* (Authorized 3/26/10)
Michael R. Deems
DEEMS & KELLER, LLP
Attorneys for Plaintiff
ROSEMARIE MCKINLEY

**ORDER**

IT IS SO ORDERED.

Dated: March 30, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Firmwide:94779837.1 049570.1003

STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com